

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 7, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, New York 10007

Re:   *United States v. Tony Tartt*, 20 Cr. 339 (LGS)

Dear Judge Schofield:

The Government respectfully submits this joint letter pursuant to the Court's scheduling order of August 6, 2020. (Dkt. 5). The parties have conferred and propose the following schedule, which reflects delays caused by the COVID-19 pandemic to the parties' production and review of discovery material in this case, which involves a number of surveillance videos that counsel will need to review with the defendant, who is incarcerated:

- Sept. 4, 2020:  Government to complete production of discovery materials.
- Dec. 4, 2020:  Defendant's pretrial motions due.
- Dec. 24, 2020: Government's opposition due.
- Jan. 8, 2021:  Defendant's reply due.

The parties are available for a status conference any time in December 2020 or January 2021 that the Court prefers, with the exception of December 24, 2020 through January 1, 2021, when counsel is unavailable due to the holidays.

The defendant has not yet been arraigned on the indictment, but the parties will proceed with an arraignment before the duty Magistrate Judge in short order, per the referral from this Court.

In addition, the Government moves to exclude time under the Speedy Trial Act from today's date until the status conference set by the court in December 2020 or January 2021. Such an exclusion would be in the interests of justice because it will permit the parties to produce and review discovery, ensure the effective representation of counsel and counsel's ability to adequately consult with the defendant, and allow the parties necessary time to engage

in plea discussions regarding a possible pretrial disposition of the case. The defendant consents to this requested exclusion.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

by: _____
        Jacob R. Fiddelman
        Assistant United States Attorney
        (212) 637-1024

cc:    Marisa Cabrera, Esq. (by ECF)

Application Granted in part. Rule 16 discovery shall be completed by **September 4, 2020.** Defendant's motion(s), if any, shall be filed by **November 30, 2020**. The Government's response, if any, shall be filed by **December 14, 2020.** Defendant's reply, if any, shall be filed by **December 21, 2020.** The parties shall appear for a status conference on **January 14, 2021 at 11:00 a.m.** For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and January 14, 2021 outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and January 14, 2021 is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 6.

Dated: August 7, 2020
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE