# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

January 8, 2021

By ECF
Honorable Lorna G. Schofield
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     **United States v. Tony Tartt**
        **20 Cr. 339 (LGS)**

Dear Judge Schofield:

A status conference in this matter is scheduled for January 14, 2021 at 11:00 a.m. For the reasons which follow, I write now to respectfully request that the matter be adjourned for 45-days.

On December 9, 2020, I was substituted as counsel for Mr. Tartt. Since that time, I have had endeavored to catch up on this case by engaging in discussions with Mr. Tartt as well as AUSA Jacob Fiddleman and prior counsel. I have recently received discovery in this matter and have begun my review. Nevertheless, I am not in a position yet to determine what, if any, motions need to be filed nor whether a disposition can be reached in this case short of trial. It is primarily for these reasons that the adjournment is requested.

For these same reasons, and in the interests of justice, I request that all time between January 14, 2021 and the anticipated adjourn date be excluded under the Speedy Trial Act. I have conferred with AUSA Fiddleman who consents to this adjournment request.

Thank you.

Application Granted.  On or before **February 18, 2021**, Defendant shall file a letter informing the Court of his intent to file any motions.  The status conference currently scheduled for January 14, 2021, is adjourned to **February 25, 2021 at 11:15 a.m**.  For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and February 25, 2021 outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and February 25, 2021 is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 18.
Dated: January 11, 2021
New York, New York

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.
*Attorney for Tony Tartt*

cc:     AUSA Jacob R. Fiddleman

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE