```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES,                                               :
                              Plaintiff,     :               20 Crim. 339 (LGS)
                                                             :
              -against-                      :               ORDER
                                                             :
TONY TARTT,                                                  :
                              Defendant.     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court is in receipt of an application from Defendant (Dkt. No. 21) requesting Defendant's release on bail due to the risks of COVID-19 in New York's Metropolitan Correctional Center ("MCC") coupled with certain health risk factors: obesity, smoking, type 2 diabetes, high blood pressure and asthma. The Court construes this submission as an application for (1) bail and (2) compassionate release due to the risks of COVID-19. It is hereby

**ORDERED** that by **March 1, 2021**, the Government shall (1) file a response to this application, including a summary of conditions related to COVID-19 at the MCC and (2) email Defendant's current BOP medical records to the Chambers email address.

Dated: February 22, 2021
       New York, New York

                                   _____
                                   **LORNA G. SCHOFIELD**
                                   **UNITED STATES DISTRICT JUDGE**