

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application Granted. For the reasons stated below, the Court finds that the ends of justice served by excluding the time between today and March 10, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h) (7)(A). It is hereby ORDERED that the time between today and March 10, 2021, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 24.
>
> Dated: February 25, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *United States v. Tony Tartt*, 20 Cr. 339 (LGS)

Dear Judge Schofield:

The parties are in receipt of the Court's order dated February 24, 2021 adjourning the next status conference in the above-captioned case to March 10, 2021. Pursuant to that order, the parties advise the court that all participants consent to proceed remotely by videoconference, or by telephone conference if videoconference is not available. A consent form signed by the defense will be separately transmitted to the Court.

In addition, although the filing of the defendant's bail motion results in the automatic exclusion of Speedy Trial Act time under 18 U.S.C. § 3161(h)(1)(D), the Government nevertheless requests the express exclusion of time in the interests of justice under § 3161(h)(7) from today's date through March 10. The interests served by such an exclusion outweigh the interests of the defendant and the public in a speedy trial because it will permit the parties to address the defendant's pending motion, will ensure the effective representation of counsel and counsel's ability to review discovery and adequately consult with the defendant in light of the difficulties posed by the ongoing COVID-19 pandemic, and will reflect the scheduling procedures and limited availability of jury trials in the District in light of the pandemic. The defendant consents to this requested exclusion.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Matthew Kluger, Esq. (by ECF)