UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      UNITED STATES OF AMERICA,

                                Plaintiff,

                                       20 Cr. 339 (LGS)
              -against-

                                       ORDER

      TONY TARTT,

                              Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a status conference is currently scheduled for March 31, 2021, at 11:00 a.m. It is hereby

      **ORDERED** that the status conference is adjourned to **March 31, 2021, at 9:00 a.m**. and will be conducted via telephone. The parties and members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333.

Dated: March 24, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE