UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :
                                                            :         20 Cr. 339 (LGS)
            -against-                                       :
                                                            :         ORDER
TONY TARTT,                                                 :
                                    Defendant,              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference is was held on March 31, 2021.  It is hereby

**ORDERED** that the parties shall file by **April 9, 2021**, a joint letter proposing three trial ready dates for a trial to begin during the third quarter of 2021.  It is further

**ORDERED** that the parties shall appear for a status conference on **June 3, 2021, at 10:00 a.m.**  It is further,

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today and June 3, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and June 3, 2021 is excluded.

Dated: March 31, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**