```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :
                                                            :         20 Cr. 339 (LGS)
              -against-                                     :
                                                            :         SCHEDULING ORDER
TONY TARTT,                                                 :
                                    Defendant,              :
----------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the parties filed a joint letter proposing three trial-ready dates. (Dkt. No. 32) It is hereby,

**ORDERED** that the parties shall file by **October 4, 2021,** any motions in limine, and by **October 11, 2021,** any responses to the motions. It is further,

**ORDERED** that the parties shall file by **October 11, 2021**, a joint statement as provided in the Court's Individual Rule H.1., a joint proposed voir dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties. It is further,

**ORDERED** that the parties shall appear for a final pretrial conference on **October 18, 2021, at 11:30 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. It is further,

**ORDERED** that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of voir dire. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed. It is further,

**ORDERED** that a jury trial will begin on **October 25, 2021, at 9:45 a.m.**, or the Court's first available date thereafter, subject to the availability of suitable courtrooms during the COVID-19 pandemic. The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule. Furthermore, no extensions will be granted absent extraordinary circumstances.

Dated: May 6, 2021
        New York, New York

                                             **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**