

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Tony Tartt*, 20 Cr. 339 (LGS)

Dear Judge Schofield:

The Government writes to advise the Court that the defendant in this case intends to plead guilty to the Indictment. Your Honor's chambers has advised that the Court is referring the change-of-plea proceeding to the duty Magistrate Judge. Accordingly, the parties request that the Court cancel the status conference previously scheduled for June 3, 2021 and exclude time in the interests of justice under § 3161(h)(7) from today's date through a control date of June 30, 2021. The interests served by such an exclusion outweigh the interests of the defendant and the public in a speedy trial because it will permit the parties to effectuate the intended pretrial disposition and will reflect the scheduling procedures and limited availability of jury trials in the District in light of the pandemic. The defendant consents to this requested exclusion. A proposed order making the necessary findings under the CARES Act will be submitted to the Court separately.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc: Matthew Kluger, Esq. (by ECF)

Application Granted. The change of plea hearing is hereby referred to the Magistrate Judge on duty. The parties shall promptly schedule a plea date and email the executed plea agreement or Pimentel letter to Chambers. The status conference currently scheduled for June 3, 2021, is adjourned to **June 30, 2021 at 4:00 p.m**. For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and June 30, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and June 30, 2021, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 34.

Dated: June 2, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE