UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,            :
                 Plaintiff,     :
                                       :     20 Cr. 339 (LGS)
        -against-                 :
                                       :     <u>SCHEDULING ORDER</u>
TONY TARTT,                            :
                       Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Tony Tartt's sentencing hearing shall be held on **October 12, 2021**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **September 20, 2021**. The Government's pre-sentencing submission, if any, shall be filed by **September 23, 2021.**

Dated: June 21, 2021
       New York, New York

                                                                 LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE