UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TONY TARTT,<br><br>                Defendant. | ORDER<br><br>20 Cr. 339 (LGS) |

WHEREAS, on June 15, 2021, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for October 12, 2021 at 11:00 a.m.

Dated: New York, New York
       July 7, 2021

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE