UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,  :
:
: 20 Cr. 339 (LGS)
-against-  :
:
TONY TARTT,  : SCHEDULING ORDER
Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a sentencing hearing is currently scheduled for January 10, 2022.

WHEREAS the parties have consented to appear remotely.  It is hereby,

**ORDERED** that the sentencing hearing currently scheduled for January 10, 2022, is adjourned to **January 13, 2022, at 11:00 a.m**. and will be conducted via videoconference.  The defendant, his counsel and counsel for the Government are directed to appear and will be provided with call-in instructions via email.  Members of the press and public may dial into this hearing using conference call number (888) 363-4749, and access code 558-3333.

Dated: January 5, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE