# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

December 26, 2021

By ECF
Honorable Lorna G. Schofield
United States Courthouse
40 Foley Square
New York, New York 10007

Whereas the sentencing hearing in this matter will now proceed virtually, this application is DENIED as moot. The Clerk of the Court is directed to terminate the letter motion at docket number 56.

Dated: January 5, 2022
New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: <u>United States v. Tony Tartt</u>
    <u>20 Cr. 339 (LGS)</u>

Dear Judge Schofield:

Sentencing in this matter is scheduled for January 10, 2022, at 10:30 a.m. Below please find a proposed clothing order for the Court's signature.

Thank you.

Respectfully,

/s/ ***Matthew J. Kluger***
Matthew J. Kluger, Esq.

cc:     AUSA Jacob R. Fiddelman