UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA                           :
                                                                           :       20 Cr. 339 (LGS)
                -against-                              :
                                                        :          <u>ORDER</u>
TONY TARTT,                                                :
                                Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS a status conference regarding the Probation Department's Violation of Supervised Release Report and Petition dated April 9, 2025, is currently scheduled for May 19, 2025, at 10:45 a.m.

        It is hereby **ORDERED** that the Defendant's appointment of counsel and arraignment on the pending specifications are referred to the magistrate judge on duty. The Government shall promptly schedule a hearing date. It is further

        **ORDERED** the parties shall confer and file a joint status letter on **May 9, 2025,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: April 21, 2025
        New York, New York

                                                     LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE