UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

TONY TARTT,

Defendant.

-------------------------------------------------------------X

20 Cr. 339 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on November 17, 2025, for a hearing on Defendant's oral motion for immediate and early termination of his supervised release, which the Government opposed. As discussed at the conference, it is hereby

**ORDERED** that the motion is **GRANTED IN PART**. Mr. Tartt's term of supervised release shall conclude as of January 1, 2026, rather than in May 2026. Mr. Tartt shall adhere to his regular reporting schedule and all other conditions of his release until January 1, 2026, and if no meetings are regularly scheduled with Probation between now and such date, he shall meet with Probation at least once before then.

Dated: November 17, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE